LOUIS F. ROTHCHILD ET AL., PARTNERS TRADING AS L. F. ROTHCHILD & COMPANY, PLAINTIFFS-RESPONDENTS, v. RICHARD ABELES, DEFENDANT-APPELLANT.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *Israel B. Greene.*

For the respondents, *Saul & Joseph E. Cohn.*

PER CURIAM.

The judgment of the Supreme Court will be affirmed, for the reasons stated in the *per curiam* opinion of the Supreme Court, *ubia supra.*

*For affirmance*—TRENCHARD, PARKER, CASE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 10.

*For reversal*—None.